# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN F. BREIG, individually and on behalf of all others similarly situated**<br><br>Plaintiffs,<br><br>v.<br><br>**COVANTA HOLDING CORPORATION and COVANTA PROJECTS, LLC**<br><br>Defendants. | CIVIL ACTION NO. 21-865 |

## ORDER

**AND NOW,** this 21st day of March 2022, upon consideration of Defendants' Motion to Dismiss and the responses and replies thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss for Failure to State a Claim [Doc. No. 12] is **GRANTED**.

2. Plaintiff may file an amended complaint no later than **April 4, 2022**, if he can do so in conformity with the Memorandum Opinion. If Plaintiff does not file an amended complaint, the case will be closed.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**