IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN F. BREIG, individually and on behalf of all others similarly situated**<br><br>　　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**COVANTA HOLDING CORPORATION and COVANTA PROJECTS, LLC**<br><br>　　　　　**Defendants.** | **CIVIL ACTION NO. 21-865** |

# ORDER

**AND NOW,** this 5th day of April 2022, the Court having granted Defendants' motion to dismiss by Memorandum Opinion and Order dated March 21, 2022, and Plaintiff not having filed an amended complaint, it is hereby **ORDERED** that the case is **DISMISSED with prejudice** and the Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**